In the Matter of the Application of Henry Morris, Inc., Appellant, against

The Department of Health of the City of New York and The Board of Health of the City of New York, Respondents.— Order modified by allowing an alternative mandamus, and as so modified affirmed. No opinion. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.